```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            APR - 4 2022

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

2:22-cv-00562-GMN-EJY

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS080448
Cashier ID: lortiz
Transaction Date: 04/04/2022
Payer Name: Kim Blandino
------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Kim Blandino
 Amount:       $402.00
------------------------------
CASH
 Amt Tendered: $402.00
------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."