UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIM BLANDINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00562-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion seeking a copy of the Federal Rules of Civil Procedure, the case number for a separate case filed by Plaintiff, and a copy of the Complaint filed in this case. ECF No. 13.

Neither the undersigned nor the Clerk of Court provides copies of the Federal Rules of Civil Procedure to any litigant. These Rules are available at the Clark County Detention Center law library, as well as online. With respect to Plaintiff's request for the case number of another case he filed, the Court believes Plaintiff is referring to *Blandino v. Federico*, Case No. 2:21-cv-01262-JAD-EJY. Finally, the Court grants Plaintiff's request for a copy of the Complaint in this matter (ECF No. 1).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion seeking a copy of the Federal Rules of Civil Procedure, the case number for a separate case filed by Plaintiff, and a copy of the Complaint filed in this case (ECF No. 13) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of the operative Complaint in this case (ECF No. 1) to Plaintiff at his last known address.

IT IS FURTHER ORDERED that Plaintiff's request for a copy of the Federal Rules of Civil Procedure is DENIED.

Dated this 19th day of October, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE