LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants,*
*Las Vegas Metropolitan Police Department*
*and Joseph Lombardo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIM BLANDINO,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; ET AL.<br><br>          Defendants. | CASE NO.:   2:22-cv-00562-GMN-EJY<br><br>**STIPULATION TO STAY DISCOVERY**<br>**(First Request)** |

Plaintiff, Kim Blandino ("Plaintiff") in Proper Person and Defendants, Las Vegas Metropolitan Police Department and Joseph Lombardo ("LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, hereby stipulate as follows:

1) On April 4, 2022 Plaintiff filed his Complaint. [ECF. No. 1]. On September 30, 2022, after being served with the Complaint, the LVMPD Defendants filed a Motion to Dismiss. [ECF No. 9]. The Motion to Dismiss sought dismissal of Plaintiff's claims against Defendant Lombardo as the Complaint failed to allege that Lombardo was personally involved in any alleged constitutional violation; that the Complaint failed to allege facts to support an allegation

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3297493_1.doc  6943.272

Page 1 of 3

that LVMPD has a custom, policy or practice resulting in the violation of Plaintiff's constitutional rights; and Plaintiff's claims were barred by the Prison Litigation Reform Act and/or were untimely. [ECF No. 9]. The Motion to Dismiss, if granted, would result in full dismissal of the Complaint.

2) Plaintiff filed a response to the Motion to Dismiss, [ECF No. 18] and the LVMPD Defendants filed a reply, [ECF No. 19]. In Plaintiff's response to the Motion to Dismiss, Plaintiff seeks leave to amend the Complaint. [ECF No. 18]. Plaintiff addresses in his response his current conditions of confinement and seeks leave to amend his Complaint to allege new facts, new claims, and identify new parties. If Plaintiff is granted leave to amend his Complaint, the trajectory of discovery will change drastically.

3) The parties request a stay of discovery until the Court rules on LVMPD Defendants' Motion to Dismiss, [ECF No. 9]. A stay is necessary because the Court's resolution of this pending Motion may fundamentally affect the scope of the remaining period of discovery in this case, the currently named Defendants, and the on-going claims. This Stipulation arises from the Parties' efforts to avoid motion practice regarding any potential discovery disputes and due to Plaintiff's current conditions of confinement. A stay of discovery at this time will align with Federal Rule of Civil Procedure 1 declaring that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

///

///

///

///

///

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3297493_1.doc 6943.272

Page 2 of 3

1  4) The Parties will submit a proposed Discovery Plan to the Court within twenty-one
2  days after the Court's ruling on the Motion to Dismiss. The proposed Discovery Plan will
3  address starting discovery, applicable deadlines, and timing of disclosures.

4  DATED this 13th day of December, 2022.

5  KAEMPFER CROWELL

6  [signature]

7  LYSSA S. ANDERSON Nevada Bar No. 5781
   RYAN W. DANIELS Nevada Bar No. 13094
8  1980 Festival Plaza Drive, Suite 650
   Las Vegas, Nevada 89135
9
   *Attorneys for Defendant*
10 *Las Vegas Metropolitan Police Department*

11 [signature]
   Kim Blandino, #363075
12 ~~Clark County Detention Center~~ c/o 441 N 16th St
   ~~330 S. Casino Center Blvd.~~ LV Nev 89101
13 ~~Las Vegas, NV 89101~~

14 *Plaintiff, Pro Se*

                                          **ORDER**
15
           IT IS SO ORDERED.
16
                                          [signature]
17                                        UNITED STATES MAGISTRATE JUDGE

18
                                          Dated: December 14, 2022
19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3297493_1.doc 6943.272

Page 3 of 3