UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIM BLANDINO, | Case No. 2:22-cv-00562-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Emergency Motion for Extension of Time (ECF No. 26). Plaintiff's Motion was filed on September 6, 2023. The due date for the response was September 20, 2023. No response was received.

The Motion seeks an extension of time to file the amended complaint permitted pursuant to the Court's August 15, 2023 Order (ECF No. 22) requiring Plaintiff to do so within twenty one (21) days of the date of that Order. Plaintiff states he did not timely receive the August 15, 2023 Order and, therefore, needs an extension. The Court notes that Plaintiff believes the Court may be mailing documents to the wrong address. The undersigned verified that the address at which Plaintiff receives mail is the address to which documents are mailed by the Court. In any event, under United States District Court for the District of Nevada Local Rule 7-2(d), the Court may treat the non-response by Defendant as Defendant's consent to grant the Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Emergency Motion for Extension of Time (ECF No. 26) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff has through and including **October 2, 2023** to file his amended complaint.

Dated this 21st day of September, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1