Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

# US DISTRICT COURT NEVADA
# DISTRICT OF NEVADA

KIM BLANDINO

                                                   Case No. 2:22-CV-0562-GMN-EJY

                    Plaintiff,

-vs

Las Vegas Metropolitan Police Department ;
ET AL.

                    Defendants

_____/

## STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME

## FOR PLAINTIFF TO FILE AMENDED COMPLAINT

It is hereby stipulated by and between Plaintiff Kim Blandino ("Plaintiff") and Defendants Las Vegas Metropolitan Police Department et. al., ("Defendants") through their attorneys at the law firm of Kaempfer Crowell as follows:

1

The current deadline for the plaintiff to file an amended complaint is October 2, 2023. Plaintiff and Defendants stipulate and agree that the deadline for Plaintiff to file an amended complaint should be extended to **October 16, 2023**.

Although this is a second request for an extension of time to file an amended complaint this is a first request on the part of the Defendants and is not intended to cause any delay or prejudice to any party.

DATED  Sept. 27, 2023

_____
Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

DATED  Sept. 27, 2023

_/s/ Ryan W. Daniels_____
LYSSA S ANDERSON
Nevada Bar No. 5781
RYAN W DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, St. 650
Las Vegas, Nevada 89135
Telephone; (702) 792-7000
Fax:         (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED this 28th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared by:

*[signature]*

Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net