UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIM BLANDINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00562-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time in Which to File his Amended Complaint. ECF No. 34. As previously noticed by the Court, Defendants agreed to give Plaintiff an additional one week extension, to October 23, 2023, to file his amended complaint; however, Plaintiff sought to October 30, 2023 to submit his filing. ECF No. 35. Defendants oppose the additional time requested because Plaintiff has already been given 40 additional days to file his amended complaint. ECF No. 36.

Defendants are understandably frustrated with the numerous extension requests granted to Plaintiff. Defendants are also correct that Plaintiff's offer to settle his claims is not a sufficient basis for the additional time Plaintiff seeks. *Williams v. James River Grp. Inc.*, 627 F.Supp.3d 1172, 1181 (D. Nev. 2022). However, in light of the parties' relative positions, the Court finds one short additional extension is acceptable. Plaintiff is warned **no further extensions of time to file his amended complaint will be granted**.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time in Which to File his Amended Complaint (ECF No. 34) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's amended complaint **must** be filed no later than **October 30, 2023**.

IT IS FURTHER ORDERED that **no further extensions of time to file the amended complaint will be granted**.

Dated this 18th day of October, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE