Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

US DISTRICT COURT NEVADA
DISTRICT OF NEVADA

KIM BLANDINO

                                Plaintiff,

-vs

Las Vegas Metropolitan Police Department ;
ET AL.

                                Defendants

Case No. 2:22-CV-0562-GMN-EJY

_____/

## STIPULATION AND ORDER FOR A FIRST REQUESTED EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO MOTION TO DISMISS FILED ON Nov. 13, 2023

It is hereby stipulated by and between Plaintff Kim Blandino ("Plaintiff") and Defendants Las Vegas Metropolitan Police Department et. al., ("Defendants" through its attorneys the law firm of Kaempfer Crowell as follows:

1

The current deadline for the plaintiff to file a response to the motion to dismiss is November 27, 2023.

In the interest of conserving client and scarce judicial resources, Plaintiff and Defendants stipulate and agree that the deadline for Plaintiff to file a response amended complaint should be extended to November 30 , 2023. So that the Plainitff does not need to file a motion to receive the same relief

This is a first request for an extension of time to file a response this is a first request on the part of the Plaintiff and is not intended to cause any delay or prejudice to any party, but it is intended in good faith. Therefore the parties request that the Order below be signed forthwith.

DATED Nov. 20, 2023

_____
Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

DATED Nov. 20, 2023

_____
LYSSA S ANDERSON
Nevada Bar No. 5781
RYAN W DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, St. 650
Las Vegas, Nevada 89135
Telephone; (702) 792-7000
Fax:          (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
Attorneys for Defendants

2

## ORDER

IT IS ORDERED THAT the deadline for Plaintff to file a response to the motion to dismiss filed on Nov. 13, 2023 in this matter shall be extended to Nov. 30, 2023.

**IT IS SO ORDERED.**

_____
U.S. District Judge

DATED  November 21, 2023

Prepared by:

_____

Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

3