```
PETER M. ANGULO, ESQ.
ANGULO LAW GROUP
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
(702) 384-8000
(702) 384-8200 – fax
pangulo@angulolawgroup.com
Attorneys for Defendant FEDERICO
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM BLANDINO,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD") and DETECTIVE KENNETH MEAD and DOES 1-10 of LVMPD, And of the FBI JOINT TERRORISM TASK FORCE and MICHAEL FEDERICO, ESQ.,<br><br>    Defendants. | CASE NO. 2:22-CV-00562-GMN-EJY |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT MICHAEL FEDERICO, ESQ., ONLY

IT IS HEREBY STIPULED AND AGREED, by and between Plaintiff, KIM BLANDINO, and Defendant, MICHAEL FEDERICO, ESQ., by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant MICHAEL FEDERICO, ESQ., be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

DATED this 27 day of December, 2023.    DATED this 27th day of December, 2023.

ANGULO LAW GROUP

By _____            By _____
PETER M. ANGULO, ESQ.                   KIM BLANDINO
5545 S. Mountain Vista Street, Suite F  330 South Casino Center Blvd.
Las Vegas, Nevada 89120                 Las Vegas, Nevada 89101
Attorneys for Defendant FEDEERICO       Plaintiff in Proper Person
                                        London, KY 40742
                                        Attorneys for Defendants

1

*Blandino v. Federico, et al.*
Case No. 2:22-CV-00562-GMN-EJY
Stipulation and Order for Dismissal With Prejudice
As to Michael Federico, Esq. only

## ORDER

BASED UPON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that all of the Plaintiff's claims in this matter against Defendant MICHAEL FEDERICO, ESQ., be dismissed with prejudice; each party to bear their own fees and costs.

DATED this __29__ day of December, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court

SUBMITTED BY:

ANGULO LAW GROUP

By _/s/ Peter M. Angulo_
PETER M. ANGULO, ESQ.
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
Attorneys for Defendant FEDERICO

2