UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIM BLANDINO,<br><br>     Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>     Defendants. | Case No. 2:22-cv-00562-GMN-EJY<br><br>**REPORT AND RECOMMENDATION** |

Pending before the Court is Plaintiff's Urgent Motion for Sanctions. ECF No. 78. Plaintiff argues sanctions under Federal Rule of Civil Procedure 11 should be awarded because Defendant allegedly committed fraud on the Court.

In relevant part, a Rule 11 motion for sanctions "must be served under Rule 5," but cannot be "filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." Fed. R. Civ. P. 11(c)(2). "After 21 days, if the offending party has not withdrawn the filing, the movant may file the Rule 11 motion with the court. This [safe harbor] period is meant to give litigants an opportunity to remedy any alleged misconduct before sanctions are imposed." *Truesdell v. S. California Permanente Med. Grp.*, 293 F.3d 1146, 1151-52 (9th Cir. 2002); *Martinez v. Riser*, Case No.CV 22-5146 (PA 9KSx), 2023 WL 6787439, at \*2 (C.D. Cal. July 24, 2023) (Defendant "failed to comply with Rule 11's safe harbor provision because it did not serve the Motion on Plaintiff 21 days prior to filing the Motion.") (additional internal quote marks removed).

Plaintiff does not demonstrate he served Defendant with his Motion seeking Rule 11 sanctions at any time before filing the same with the Court. Having failed to comply with this mandatory requirement, the Court recommends denying Plaintiff's Urgent Motion for Sanctions (ECF No. 78) without prejudice. *See Corner Edge Interactive LLC v. Johnson*, Case NO. CV-19-05404-PHX-SRB, 2021 WL 2517956, at \*3 n.6 (D. Ariz. Mar. 15, 2021) ("the Court must deny a Rule 11 motion that fails to adhere to the safe-harbor provisions ….").

Accordingly, and based on the foregoing, IT IS HEREBY RECOMMENDED that Plaintiff's Urgent Motion for Sanctions (ECF No. 78) be DENIED without prejudice.

Dated this 26th day of June, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).