Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

## US DISTRICT COURT NEVADA
## DISTRICT OF NEVADA

KIM BLANDINO

                                                             Case No. 2:22-CV-0562-GMN-EJY

                       Plaintiff,

-vs

Las Vegas Metropolitan Police Department ;
ET AL.

                       Defendants

_____/

**STIPULATION AND ORDER FOR A FIRST REQUESTED EXTENSION OF TIME FOR PLAINTIFF TO FILE A REPLY TO LVMPD'S OPPOSITION TO PLAINTIFF'S URGENT MOTION TO SUBSTITUTE NAMES FOR DOE DEFENDANTS NOW THAT KIM HAS THROUGH INFORMAL DISCOVERY OBTAINED WHAT LVMPD PURPORTS TO BE THE REAL NAMES OF THE PERSONS IDENTIFIED IN THE COMPLAINT [ECF No. 87]**

It is hereby stipulated by and between Plaintff Kim Blandino ("Plaintiff") and Defendants Las Vegas Metropolitan Police Department et. al., ("Defendants" through its attorneys the law firm of Kaempfer Crowell as follows:

The current deadline for the plaintiff to file a reply to the opposition ECF 96 is July 31, 2024.

In the interest of conserving client and scarce judicial resources, Plaintiff and Defendants stipulate and agree that the deadline for Plaintiff to file a reply should be extended to August 7, 2024.

This is a first request for an extension of time to file a reply this is a first request on the part of the Plaintiff and is not intended to cause any delay or prejudice to any party, but it is intended in good faith. Therefore the parties request that the Order below be signed forthwith.

DATED July 29, 2024

_____
Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

DATED July. 29th, 2024

_____
LYSSA S ANDERSON
Nevada Bar No. 5781
RYAN W DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, St. 650
Las Vegas, Nevada 89135
Telephone; (702) 792-7000
Fax:        (702) 796-7181
landerson@kcnvlaw.com

2

rdaniels@kcnvlaw.com
Attorneys for Defendants

## ORDER

IT IS ORDERED THAT the deadline for Plaintff to file a **REPLY TO LVMPD'S OPPOSITION TO PLAINTIFF'S URGENT MOTION TO SUBSTITUTE NAMES FOR DOE DEFENDANTS NOW THAT KIM HAS THROUGH INFORMAL DISCOVERY OBTAINED WHAT LVMPD PURPORTS TO BE THE REAL NAMES OF THE PERSONS IDENTIFIED IN THE COMPLAINT [ECF No. 87]** shall be extended to August. 7, 2024.

**IT IS SO ORDERED.**

_[signature]_
U.S. MAGISTRATE JUDGE

**Date: August 1, 2024**

Prepared by:

_[signature]_

Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net