LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendants,*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| KIM BLANDINO,<br><br>  Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; ET AL.<br><br>  Defendants. | CASE NO.:   2:22-cv-00562-GMN-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br>**(First Request)**<br>**[ECF Nos. 103, 105]** |
|---|---|

The above-referenced parties hereby agree and stipulate to extend the current deadline of September 20, 2024 for Defendant Las Vegas Metropolitan Police Department ("LVMPD") and Plaintiff Kim Blandino to file their respective Responses to Motions for Summary judgment for an additional three days, until September 23, 2024.  This is the first requested extension between the parties.  The extension is being requested as the parties require additional time to finish preparing the responses due to the extent of the briefing on the Motions.

The requested extension will not prejudice any party and will allow the parties to adequately brief their responses to the Motions for Summary Judgment filed with this Court.

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3816302_1.doc  6943.272

Page 1 of 2

The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 19th day of September, 2024.                    DATED this 19th day of September, 2024.

                                                           KAEMPFER CROWELL

*/s/ Kim Blandino*                                                                  */s/ Ryan Daniels*

Kim Blandino                                                                         Lyssa S. Anderson
441 N. 16th Street                                                                  Nevada Bar No. 5781
Las Vegas, NV 89101                                                             Ryan W. Daniels
                                                           Nevada Bar No. 13094
**Plaintiff, Pro Se**                                                                1980 Festival Plaza Drive, Suite 650
                                                           Las Vegas, Nevada  89135
                                                           **Attorneys for Defendant**
                                                           **Las Vegas Metropolitan Police Department**

**ORDER**

IT IS SO ORDERED.

Dated this ~~24~~ 20 day of September, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE