Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net



## US DISTRICT COURT NEVADA
## DISTRICT OF NEVADA

KIM BLANDINO

                                      Case No. 2:22-CV-0562-GMN-BNW

                Plaintiff,

-vs

Las Vegas Metropolitan Police Department ;
ET AL.
                Defendants

_____/

**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR**

**PLAINTIFF TO FILE A REPLY TO THE RESPONSE TO THE SUPER**

**URGENT MOTION FOR LEAVE TO FILE A SECOND AMENDED**

**COMPLAINT UNDER THIS CASE NUMBER**

**ECF 113**

It is hereby stipulated by and between Plaintiff Kim Blandino ("Plaintiff") and

1

Defendants Las Vegas Metropolitan Police Department et. al., ("Defendants") through their attorneys at the law firm of Kaempfer Crowell as follows:

The current deadline for the plaintiff to file a reply to ECF 113 is October 7, 2024. Plaintiff and Defendants stipulate and agree that the deadline for Plaintiff to file a Reply to ECF 113 should be extended to **October 9, ~~2023~~ 2024**. That Plaintiff had computer problems over the weekend and was not able to complete this and make the deadline.

This is a first request for an extension of time to file a Reply and is not intended to cause any delay or prejudice to any party and will allow the Plaintiff to recover from the computer problems that were experienced over the weekend.

DATED Oct. 7, 2024

*(signature)*

Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

DATED Oct.. 7, 2024

*(signature)*

LYSSA S ANDERSON
Nevada Bar No. 5781
RYAN W DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, St. 650
Las Vegas, Nevada 89135
Telephone; (702) 792-7000
Fax:         (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED this __9__ day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared by:

_____
Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net