AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kim Blandino

JUDGMENT IN A CIVIL CASE

Plaintiff,

v.

Case Number: 2:22-cv-00562-GMN-MDC

Las Vegas Metro Police Department et al

Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to ECF No. 127 Order, judgment is hereby entered in favor of the defendant and against plaintiff Kim Blandino and this case is closed.

12/10/2024
Date

DEBRA K. KEMPI
Clerk

/s/ GA
Deputy Clerk