Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net

## US DISTRICT COURT NEVADA
## DISTRICT OF NEVADA

KIM BLANDINO

Plaintiff,

Case No. 2:22-CV-0562-GMN-MDC

-vs

Las Vegas Metropolitan Police Department ;
ET AL.

Defendants.

_____/

NOTICE OF APPEAL OF THE ORDER FILED DECEMBER 9, 2024 ECF 127 that GRANTED SUMMARY JUDGMENT FOR THE DEFENDANT THAT DENIED THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT THAT DENIED THE PLAINTIFF'S OBJECTIONS AND DENIED MOTION FOR LEAVE AND DENIED THE MOTION TO SUBSTITUTE AND DENIED THE MOTION TO CORRECT CLERICAL ERROR AND THE FIRST MOTION TO CORRECT CLERICAL ERROR

1

AND GRANTING DEFENDANT'S MOTION TO LEAVE THE BILL OF COSTS AND ALL THAT RESULTED IN THE JUDGMENT FILED ON DECEMBER 10, 2025 ECF 128. (IN SHORT KIM APPEALS EVERYTHING ADVERSE TO HIM THAT WAS DONE IN THE DISTRICT COURT EVEN THOSE THINGS THAT KIM MAY HAVE NOT LISTED DUE TO ANY CLERICAL ERROR ON KIM'S PART) IN THE DISTRICT COURT

AND APPEALING THE ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND FILED ON SEPTEMBER 10, 2025 ECF 134 WHICH TOLLS THE TIME FOR APPEALING THE ABOVE

Comes now Plaintff Kim Blandino ("Kim") to file the above Notice of Appeal. PLEASE TAKE NOTICE, in accordance with Fed Rule Appellate Pro..4(a) that Plaintiff Kim Blandino("Kim") hereby appeals to the United States Court of Appeals for the Ninth Circuit of the aforementioned.

DATED October 9, 2025

*/s/ Kim Blandino*

Kim Blandino#363075 Peculiar Pro Se
C/O 441 N 16TH ST.
Las Vegas, Nevada 89101
(702) 219-5657

No Fax
Kim43792@earthlink.net

## CERTIFICATE OF SERVICE

I HEREBY certify that service of the foregoing was accomplished by sending the copy of the original via email on October 9, 2025 to:

LYSSA S ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
rdaniels@kcnvlaw.com

*/s/ Kim Blandino*

KIM BLANDINO PRO SE #363075
C/O 441 N 16TH ST
Las Vegas, Nevada 89101
(702) 219-5657
No Fax
Kim43792@earthlink.net